# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CITY OF SAN ANTONIO | § | |
| | § | |
| vs. | § | NO: SA:17-CV-01232-OLG |
| | § | |
| TIME WARNER CABLE, TEXAS LLC | § | |

### REVISED SCHEDULING ORDER

Pursuant to the Joint Motion to Extend Scheduling Order Deadlines, the Court issues the following Revised Scheduling Order:

1. All parties asserting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **Thursday, January 31, 2019.** Parties resisting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **Tuesday, February 05, 2019.** All designations of rebuttal experts shall be FILED, and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be SERVED, within 14 days of receipt of the report of the opposing expert.

2. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within (30) days of receipt of the written report of the expert's proposed testimony, or within (30) days of the expert's deposition, if a deposition is taken, whichever is later.

3. The parties shall complete all discovery on or before **Thursday, April 11, 2019.** Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

4. All dispositive motions shall be filed no later than **Thursday, May 23, 2019.** Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 20 pages in length.

5. The parties shall mediate this case on or before **Thursday, June 06, 2019**, unless the parties seek an order from the Court excusing them from mediation.

6. A pretrial conference, if necessary, and the trial date will be determined at a later date by the Court. The parties must consult WDTX, SA Div., Local Rule CV-16(e) regarding matters that must be filed in advance of trial. At the time a trial date is set, the Court will an order setting pretrial deadlines.

**SIGNED AND ENTERED** this 31st day of October, 2018.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE