IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION



FILED
AUG 12 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

## ORDER TO TRANSFER

It is hereby ORDERED that the following civil cases assigned to the docket of the Honorable Orlando L. Garcia, Chief United States District Judge are hereby **TRANSFERRED** to the docket of the Honorable Jason K. Pulliam, United States District Judge. Pursuant to the Amended Order Assigning the Business of the Court effective August 6, 2019, the Clerk shall credit the case to the percentage of business of the receiving Judge. All Orders shall remain in effect unless otherwise ordered by the receiving Judge.

| | |
|---|---|
| SA-17-CV-0509 OLG; | Towry v. United States of America |
| SA-17-CV-0633 OLG: | Calderon v. Macys Retail Holdings, Inc. |
| SA-17-CV-0683 OLG; | Amador, et.al. v. Wolfe, et.al. |
| SA-17-CV-1231 OLG; | Serna v. National American Postal Workers Union |
| SA-17-CV-1232 OLG; | City of San Antonio v. Time Warner Cable, Texas LLC |
| SA-18-CV-0266 OLG; | Crawford v. Hernandez, et.al. |
| SA-18-CV-0329 OLG; | Alfaro, et.al. v. Reiley, et.al. |
| SA-18-CV-0462 OLG; | CIBC Bank USA v. ISI Security Group, et.al. |
| SA-18-CV-0882 OLG; | MDG-RIO V Limited v. City of Seguin, Texas |
| SA-18-CV-0921 OLG; | Reiley, et.al. v. Alfaro Energy, LLC, et.al. |
| SA-18-CV-0998 OLG; | United States of America v. 89.9270303 Bitcoins |
| SA-18-CV-1176 OLG; | Silo Restaurant, Inc., et.al. v. Allied Property and Casualty |

| | |
|---|---|
| SA-18-CV-1199 OLG; | Briscoe v. St. Marys University |
| SA-18-CV-1287 OLG; | White v. Cyr |
| SA-18-CV-1314 OLG: | Eisenberg, et.al. v. Clark Construction Group-CA, LP. |
| SA-18-CV-1332 OLG; | B.B., et.al. v. Perez, et.al. |
| SA-19-CV-0189 OLG; | Alejandro v. San Antonio Police Department, et.al. |
| SA-19-CV-0227 OLG; | Eldridge v. Wells Fargo Advisors Financial Network, et.al. |
| SA-19-CV-0317 OLG: | Tresha-Mob, LLC v. Huebner Ambulatory Surgery Center |
| SA-19-CV-0391 OLG; | Batyukova v. Doege, et.al. |
| SA-19-CV-0436 OLG; | Priestly v. Carisbrook Asset Holding Trust |
| SA-19-CV-0445 OLG: | Hargrove v. Martin Marietta Material, Inc. |
| SA-19-CV-0456 OLG; | United States of America V. Lee, et.al. |
| SA-19-CV-0568 OLG; | De La Vega v. USAA Real Estate Company |
| SA-19-CV-0636 OLG: | Lytle v. The Hertz Corportation |
| SA-19-CV-0654 OLG; | Invstorsimplevancleave, LLC v. Select Portfolio Servicing |
| SA-19-CV-0664 OLG; | Tirado, et.al. v. Carisbrook Asset Holding Trust, et.al. |
| SA-19-CV-0682 OLG; | Rucker v. Equifax Information Services, LLC, et.al. |
| SA-19-CV-0732 OLG; | Casey v. Marathon Petroleum Co., LP, et.al. |
| SA-19-CV-0755 OLG: | Hilton v. Prause, et.al. |
| SA-19-CV-0780 OLG; | Mt. Hawley Insurance Company v. HCS 410 Holdings, LLC |
| SA-19-CV-0784 OLG; | Cook v. GEICO Marine Insurance Company |

| | |
|---|---|
| SA-19-CV-0808 OLG; | Vargas v. U.S. Bank National Association |
| SA-19-CV-0825 OLG: | Traugott v. Hill Country Furniture Partners, LTD., et.al. |
| SA-19-CV-0830 OLG; | Wollslager v. Our Lady of the Lake University of SA |
| SA-19-CV-0882 OLG: | Donnelly, et.al. v. Nissan Motor Company, Ltd. |
| SA-19-CV-0894 OLG: | Peterson v. National General Insurance Company |

SIGNED this __12th__ day of August, 2019.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE