IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CITY OF SAN ANTONIO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 5:17-cv-01232-JKP-HJB |
| TIME WARNER CABLE TEXAS, LLC, d/b/a SPECTRUM AND CHARTER COMMUNICATIONS, | § § § § | |
| Defendant. | § § | |

ORDER ON AGREED MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO EXCLUDE EXPERT TESTIMONY

This cause having come before the Court upon the unopposed motion of Defendant Time Warner Cable Texas, LLC, seeking an extension of time, up to and including October 28, 2019, in which to move to exclude the expert witness testimony of Plaintiff City of San Antonio. Being fully advised, it is now ORDERED that the motion be, and hereby is GRANTED.

SIGNED October 24, 2019.

HON. HENRY J. BEMPORAD
U.S. DISTRICT MAGISTRATE JUDGE