IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CITY OF SAN ANTONIO, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § NO.5:17-CV-01232-JKP-HJB <br> TIME WARNER CABLE TEXAS, LLC § <br> D/B/A SPECTRUM AND CHARTER § <br> COMMUNICATIONS, § <br> § <br> Defendant. § | |

**PROPOSED ORDER ON AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO MOTION TO EXCLUDE EXPERT TESTIMONY**

On this day came before the Court the agreed motion of Plaintiff, the City of San Antonio (the "City"), and Defendant, Time Warner Cable Texas, LLC ("TWC"), seeking:

1. An extension of the City's deadline to file its Response to TWC's Motion to Exclude Expert Testimony up to and including November 19, 2019; and

2. An extension of TWC's deadline to file its Reply to the City's Response to TWC's Motion to Exclude Expert Testimony up to and including December 11, 2019.

IT IS HEREBY ORDERED that the motion be, and hereby is GRANTED.

SIGNED _November 4_, 2019.

_____
HON. HENRY J. BEMPORAD
U.S. DISTRICT MAGISTRATE JUDGE